**DISMISS and Opinion Filed July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00584-CV

## IN THE INTEREST OF R.W.T.

### On Appeal from the 304th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JD-42441-W

## MEMORANDUM OPINION
Before Justices Bridges, Lang, and Schenck
Opinion by Justice Bridges

In a letter dated May 26, 2015, the Court questioned its jurisdiction over the appeal. Specifically, it appeared the notice of appeal was untimely. We instructed appellant to file a letter brief addressing our concern and gave appellee an opportunity to respond.

A notice of appeal is due either thirty days after the date the judgment is signed or ninety days after the date the judgment is signed if the appellant files a timely qualifying post-judgment motion. *See* TEX. R. APP. P. 26.1, 26.1(a). Without a timely filed notice of appeal, this Court lacks jurisdiction. TEX. R. APP. P. 25.1(b).

Appellant is appealing a judgment signed on February 24, 1999. He filed his notice of appeal on May 5, 2015. In his jurisdictional brief, appellant informs the Court that he filed a notice of appeal with the trial court in December of 2014 but the trial court never received it. Even if the trial court had received the notice of appeal in December of 2014, it was still untimely.

Because appellant failed to file a timely notice of appeal, this Court lacks jurisdiction. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

150584F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF R.W.T.

No. 05-15-00584-CV

On Appeal from the 304th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. JD-42441-W.
Opinion delivered by Justice Bridges.
Justices Lang and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered July 30, 2015.